DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
MIGUEL MALDONADO-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>            Plaintiff,         )<br>                               )<br>    v.                         )<br>                               )<br>MIGUEL MALDONADO-MARTINEZ,     )<br>                               )<br>            Defendant.         )<br>_____) | NO. Cr.S. 11-367-JAM<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: November 29, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MIGUEL MALDONADO-MARTINEZ, that the status conference hearing date of November 15, 2011, be vacated, and the matter be set for status conference on November 29, 2011, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time

under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 29, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: November 8, 2011   Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Public Defender

                                      /s/ Courtney Fein
                                      COURTNEY FEIN
                                      Assistant Federal Defender
                                      Designated Counsel for Service
                                      Attorney for MIGUEL MALDONADO-MARTINEZ

DATED: November 8, 2011   BENJAMIN WAGNER
                                      United States Attorney

                                      /s/ Michele Beckwith
                                      MICHELE BECKWITH
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 15, 2011, status conference hearing be continued to November 29, 2011, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the November 29, 2011 status conference shall be excluded from

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: 11/8/2011                     /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Judge