DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MIGUEL MALDONADO-MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIGUEL MALDONADO-MARTINEZ,<br><br>        Defendant. | No. 2:11-CR-0367 JAM<br><br>ORDER TO SEAL EXHIBIT A TO THE SENTENCING MEMORANDUM AND DECLARATION OF COURTNEY D. FEIN<br><br>Date:   May 22, 2012<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY ORDERED that the Request to Seal be granted and that the document and the request to be filed under seal, permitting Assistant United States Attorney, Michele Beckwith and Probation Officer Lynda M. Moore access to these documents unless otherwise ordered by this Court at a later time.

DATED: 5/16/2012      /s/ John A. Mendez

JOHN A. MENDEZ
United States District Court Judge

1